BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CV-00427-WBS-CKD |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| APPROXIMATELY $180,340.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $9,900.00 IN U.S. CURRENCY,  and | |
| El Dorado Savings Bank, Acct. #13058966, VL: $22,792.04, | |
| Defendants. | |

The United States of America applies for an order of publication as follows:

1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.      Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.      The defendants Approximately $180,340.00 in U.S. Currency, Approximately $9,900.00 in U.S. Currency, and El Dorado Savings Bank, Acct. #13058966, VL: $22,792.04

1

1  (collectively "defendant currency") were seized in the city of Placerville, in El Dorado County,

2  California.  Beginning on or about September 22, 2014, the Drug Enforcement Administration

3  published notice of the non-judicial forfeiture of the defendant currency for 30 consecutive days on

4  the official internet government forfeiture site www.forfeiture.gov.

5      4.    The United States proposes that publication be made as follows:

6      a.    One publication;

7      b.    Thirty (30) consecutive days;

8      c.    On the official internet government forfeiture site www.forfeiture.gov;

9      d.    The publication is to include the following:

10      (1)    The Court and case number of the action;

11      (2)    The date(s) of the seizure(s)/posting;

12      (3)    The identity and/or description of the property seized/posted;

13      (4)    The name and address of the attorney for the United States;

14      (5)    A statement that claims of persons entitled to possession or claiming

15  an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the

16  attorney for the United States no later than 60 days after the first day of publication on the official

17  internet government forfeiture site; and

18      (6)    A statement that answers to the Complaint or a motion under Rule 12

19  of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days

20  after the filing of the claims and, in the absence thereof, default may be entered and condemnation

21  ordered.

22  Dated: 2/26/16

    BENJAMIN B. WAGNER
    United States Attorney

23

24  By:  /s/ Kevin C. Khasigian
    KEVIN C. KHASIGIAN
    Assistant U.S. Attorney

25

26      IT IS SO ORDERED.
Dated:  March 3, 2016

27  _____

28  CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

    Application and Order
    For Publication