1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

**FILED**

**MAR 04 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                                          16 CV 00427 WBS CKD

11  UNITED STATES OF AMERICA,

12          Plaintiff,              ORDER REGARDING CLERK'S
                                    ISSUANCE OF WARRANT FOR ARREST
13      v.                          OF ARTICLES *IN REM*

14  APPROXIMATELY $180,340.00 IN U.S.
    CURRENCY,
15
    APPROXIMATELY $9,900.00 IN U.S.
16  CURRENCY,  and

17  El Dorado Savings Bank, Acct. #13058966, VL:
    $22,792.04,
18
           Defendants.
19

20          WHEREAS, a verified complaint of forfeiture has been filed on February 29, 2016, in the United

21  States District Court for the Eastern District of California, alleging that the defendants Approximately

22  $180,340.00 in U.S. Currency, Approximately $9,900.00 in U.S. Currency, and El Dorado Savings Bank,

23  Acct. #13058966, VL: $22,792.04 (collectively "defendant currency") are subject to forfeiture to the

24  United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

25          And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and

26  the affidavit of Drug Enforcement Administration Task Force Agent Jason Bloxsom, there is probable

27  cause to believe that the defendant currency so described constitutes property that is subject to

28  forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In*

1

1 | *Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims

2 | and Asset Forfeiture Actions;

3 |       IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District

4 | of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant assets.

5 | Dated: 3-4-2016

6 |                              EDMUND F. BRENNAN
                             United States Magistrate Judge

Order Re Clerk's Issuance of Warrant for Arrest

1 **AFFIDAVIT OF JASON BLOXSOM**

2     I, Jason Bloxsom, being duly sworn under oath, depose and state the following:

3     1.     I am a full-time sworn peace officer in the State of California since June of 2000, am
4 currently employed by the El Dorado County Sheriff's Office as a Narcotics Detective.

5     2.     I attended Modesto Police Department Basic Academy in June of 2000 where I received
6 formal controlled substances training and formal training in the evaluation and recognition of persons
7 under the influence of controlled substances.

8     3.     I have received additional training in the identification, use and manufacturing of
9 controlled substances from Sgt. Tim McNulty (Previous Narcotic Detective), Lt. Darin Lewis (Previous
10 Narcotics Detective) and Gregory Brown (Previous Narcotics Detective).

11     4.     I have received 8 hours of training in the evaluation and recognition of persons under the
12 influence of controlled substance while employed with the El Dorado County Sheriff's Office.

13     5.     I have worked full time as a Deputy Sheriff in the County of El Dorado in the Patrol
14 Division as a Patrol Deputy since December 2000. While working as a Deputy Sheriff on Patrol my
15 duties included handling calls for service, in progress crimes and cold calls. I have conducted
16 preliminary investigations as well as associated follow-ups, and I have investigated numerous types of
17 crimes. These crimes ranged in content from infractions and minor misdemeanors to major felonies.
18 The types of crimes consisted of crimes against person, property and narcotic investigations including
19 sales, possession for sales, transportation, manufacturing and cultivation. I have collected evidence
20 related to these and other types of crimes and have testified to such in court.

21     6.     I have participated in more than 30 investigations where I have been able to view the
22 cultivation of marijuana. I have assisted with the execution of search warrants for indoor and outdoor
23 marijuana cultivations and more sophisticated hydroponics growing operations. I have assisted in the
24 eradication of both indoor and outdoor marijuana growing operations and apprehended suspects in
25 marijuana operations. I am familiar with and personally smelled both odors of fresh and burning
26 marijuana.

27     7.     While assigned to Patrol and Narcotics I have developed and supervised confidential
28 informants (CIs). Based upon the information these informants have provided, arrests have been made

1                                                    Affidavit of Jason Bloxsom

1  for controlled substance violations.  I have also performed presumptive tests on the substances using
2  Narcotics Investigation Kit (NIK).  The California State Department of Justice then corroborated these
3  tests.

4          8.        I have successfully completed 80 hours of instruction in Narcotic Investigation from
5  California Department of Justice.  This class covered all facets of narcotic investigations to include but
6  not limited to drug recognition, packaging, weights and measures, trends in sales and manufacturing and
7  transportation.  Also covered during the course were covert surveillance, undercover operations and
8  management of informants.

9          9.        I have successfully completed 80 hours of instruction on Clandestine Laboratories and, I
10 have been certified to process and dismantle Clandestine Laboratories.  This class was hosted by the
11 California Department of Justice and covered all facets of Clandestine Laboratories including but not
12 limited to the following: laboratory equipment, supplies, chemicals and substances used in the
13 manufacturing, hazards and safety precautions, processing and dismantling, disposal of Clandestine
14 Laboratory equipment along with the waste and how to safely conduct Clandestine Laboratory
15 investigations.  I also participated in the manufacturing of methamphetamine during the two week
16 course.

17         10.        I served and assisted in the service of narcotics search warrants, probation searches,
18 parole searches and surveillance operations.  I have personally located and recovered controlled
19 substances and narcotics paraphernalia during the execution of these searches.

20         11.        This affidavit is made in support of a warrant for arrest of Approximately $180,340.00 in
21 U.S. Currency, Approximately $9,900.00 in U.S. Currency, and El Dorado Savings Bank, Acct.
22 #13058966, VL: $22,792.04 (collectively "defendant currency").  The defendant currency constitutes
23 money furnished and intended to be furnished in exchange for a controlled substance or listed chemical,
24 constituted proceeds traceable to such an exchange, and was used and intended to be used to commit or
25 to facilitate a violation of 21 U.S.C. §§ 841 et seq.  As a result of the foregoing, the defendant currency
26 is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

27         12.        The facts in this affidavit are known to me as a result of my personal participation in this
28 investigation, through conversations with other agents and detectives who have participated in this

2

Affidavit of Jason Bloxsom

1  investigation, and from reviewing official reports, documents, and other evidence obtained as a result of
2  the investigation and I have determined the following:

3      13.     Law enforcement agents with the El Dorado County Narcotic Enforcement Team
4  ("WENET") led an investigation that targeted, in part, Gregory Cherms, Sr. ("Cherms Sr.") and others.
5  Based on their investigation, law enforcement officials believed that Cherms Sr. and his associates
6  cultivated, distributed, and conspired to distribute marijuana. On June 11, 2014, WENET executed three
7  state search warrants in connection with the Cherms investigation. Those properties included 6318
8  Peaceful Place, Pollock Pines, California ("6318 Peaceful Place"), 1255 Greenstone Cutoff Road,
9  Placerville, California ("1255 Greenstone"), and 2609 Osborne Avenue, South Lake Tahoe ("2609
10 Osborne Avenue"). Prior to executing the warrants, law enforcement agents determined that Cherms Sr.
11 owned each of the properties.

12     14.     Law enforcement agents searched 1255 Greenstone and found 85 marijuana plants,
13 approximately 40 pounds of processed marijuana, four firearms, including two loaded handguns and a
14 loaded shotgun, a stolen Bobcat tractor, and over $190,000.00 in cash. The cash was discovered in an
15 RV trailer located on the property. The defendant Approximately $180,340.00 was located throughout
16 the trailer, specifically, $173,640.00 in a suitcase, $4,170.00 in an envelope next to the suitcase, and
17 $2,530.00 in an envelope in a cabinet. The defendant Approximately $9,900.00 was found in a purse
18 belonging to Debbie Kay Cherms ("Debbie Cherms").

19     15.     Law enforcement agents interviewed Cherms Sr. at 1255 Greenstone. Cherms Sr. told
20 law enforcement agents that he had cultivated marijuana on-and-off since 2009. Cherms Sr also
21 acknowledged selling marijuana and investing money in the cultivation of marijuana. In addition,
22 Cherms Sr. admitted to assisting his son Gregory Cherms, Jr. ("Cherms Jr.") and Johnny Moran
23 ("Moran") with marijuana cultivation at a separate property he owned – 6318 Peaceful Place. Cherms
24 Sr. claimed the cash seized from the RV was part of an inheritance, but was unable to provide any
25 records to prove the legitimacy of the cash.

26     16.     Law enforcement agents also contacted two individuals (not Cherms Sr.) living at a
27 residence located at 1255 Greenstone, which had been "Red Tagged" as uninhabitable by El Dorado
28 County Code Enforcement. One of the individuals contacted is associated with a known gang. Both

Affidavit of Jason Bloxsom

1    individuals told law enforcement that marijuana was being cultivated at 1255 Greenstone.

2    17.    Law enforcement agents searched 6318 Peaceful Place and discovered 100 marijuana

3    plants and three firearms, including two loaded handguns and a loaded shotgun with a round in the

4    chamber. Law enforcement agents interviewed Debbie Cherms and Cherms, Jr. at 6318 Peaceful Place.

5    Cherms Jr. acknowledge that he and his father grew marijuana at 6318 Peaceful Place and that his father

6    [Cherms Sr.] gets 25% of the marijuana harvest.

7    18.    When asked about the cash found at 1255 Greenstone, Debbie Cherms said she did not

8    know how much cash Cherms Sr. stored in the RV. She did, however, claim that approximately

9    $10,000.00 of the cash was her savings. Debbie Cherms told law enforcement agents that Cherms Sr.

10    pays her to trim the marijuana.

11    19.    Law enforcement agents searched 2609 Osborne Avenue on June 11, 2014, finding 206

12    pounds of processed marijuana and three firearms.

13    20.    Two days later, on June 13, 2014, WENET executed a search warrant at 7670 Gibson

14    Lane, Antelope, California ("7670 Gibson Lane"). Cherms Sr. owns the property and rents it to about a

15    dozen people to use as a "clean and sober" facility. Several individuals living on the property claim that

16    Cherms Sr. has sold them marijuana. One pound of processed marijuana was located in a safe on the

17    property.

18    21.    At the conclusion of the investigation, law enforcement agents believe that Cherms Sr. is

19    has been providing funds, overseeing the sales operations, and assisting with marijuana cultivation on

20    his properties. Additionally, law enforcement agents believe that Cherms Sr. is directly involved in the

21    cultivation of marijuana for sale to persons associated with criminal street gangs. Cherms Sr. and two

22    others were arrested as a result of the investigation.

23    22.    Cherms, Sr. pleaded guilty in the companion state criminal case, *People v. Gregory*

24    *Cherms, Sr., et al.* Case No. P14CRF0576 in El Dorado County Superior Court. In the state criminal

25    case, Cherms Sr. admitted to being involved in the cultivation and distribution of marijuana, as well as

26    agreeing to the forfeiture of the defendant currency in this civil action.

27    23.    Based on the foregoing, I have probable cause to believe that the defendant currency was

28    intended for the purchase of illegal drugs or is proceeds from drug trafficking. It is respectfully

4                                                    Affidavit of Jason Bloxsom

1   requested that a Warrant for Arrest of Articles *In Rem*, pursuant to the Supplemental Rules for

2   Admiralty or Maritime Claims and Asset Forfeiture Actions Rule G(3)(b)(i), be issued for the defendant

3   currency listed above.

4

5                                                          JASON BLOXSOM
                                                           Task Force Officer
6                                                          Drug Enforcement Administration

7

8   Sworn to and Subscribed before
    me this _4th_ day of March 2016.
9

10

11   Edmund F. Brennan
     United States Magistrate Judge
12

13   Reviewed and approved as to form

14

15
     Kevin C. Khasigian
16   Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

                                            5                    Affidavit of Jason Bloxsom