PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CV-00427-WBS-CKD |
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $180,340.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $9,900.00 IN U.S. CURRENCY,  and | |
| El Dorado Savings Bank, Acct. #13058966, VL: $22,792.04, | |
| Defendants. | |

Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil action against Approximately $180,340.00 in U.S. Currency, Approximately $9,900.00 in U.S. Currency, and El Dorado Savings Bank, Acct. #13058966, VL: $22,792.04 (collectively "defendant currency") seized on or about June 11, 2014.

2. The United States and potential claimants Gregory Cherms, Sr. and Debbie Kay Cherms entered into Stipulations and Orders extending the United States' time to file a complaint in Case No. 2:15-MC-00012-WBS-AC.  The Order entered on or about December 10, 2015, extended the time to file the complaint to February 29, 2016.

3. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on February 29,

2016, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

4.  On March 4, 2016, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was executed on March 4, 2016.

5.  Beginning on March 4, 2016, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on April 3, 2016.

6.  On February 26, 2016, pursuant to Stipulations for Final Judgment of Forfeiture and/or Consent Judgment of Forfeiture, potential claimants Gregory Cherms, Sr. and Debbie Kay Cherms agreed to forfeit all of their right, title, and interest in the defendant currency, plus any accrued interest, to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.  Those Stipulations are attached hereto and incorporated herein as Exhibit A to the Request for Final Judgment of Forfeiture filed herein.

7.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.  Judgment is hereby entered against potential claimants Gregory Cherms, Sr. and Debbie Kay Cherms, and all other potential claimants who have not filed claims in this action.

2.   All right, title and interest of Gregory Cherms, Sr. in the following defendant currency, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law:

    a.  Approximately $180,340.00 in U.S. Currency,
    b.  Approximately $9,900.00 in U.S. Currency, and
    c.  El Dorado Savings Bank, Acct. #13058966, VL: $22,792.04.

3.  The following properties are not subject to this forfeiture or any forfeiture proceeding based on the factual averments made in this matter by the United States:

    a.  6318 Peaceful Place, Pollock Pines, California;
    b.  1255 Greenstone Cutoff Road, Placerville, California;
    c.  2609 Osborne Avenue, South Lake Tahoe, California; and

      d.      7670 Gibson Lane, Antelope, California.

4.      The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed.  The potential claimants waived the provisions of California Civil Code § 1542.

5.      All parties are to bear their own costs and attorneys' fees.

SO ORDERED.

Dated:  May 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE